IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**AMERICAN CONTRACTORS INDEMNITY GROUP**         **PLAINTIFF**

v.         **CAUSE NO. 1:10CV474 LG-RHW**

**THE LASALLE GROUP, INC., ET AL.**         **DEFENDANTS**

## ORDER GRANTING SECOND AMENDED
## MOTION FOR DEFAULT JUDGMENT

Before the Court is the Second Amended Motion [25] for Entry of Judgment by Default filed by plaintiff American Contractors Indemnity Company. One defendant named in this case, The LaSalle Group, Inc., was previously dismissed by the Court. (Agreed Order of Dism., ECF No. 15). The clerk of court has entered default against each of the remaining defendants. (*See* ECF Nos. 21 & 23). The plaintiff now seeks default judgment against these remaining defendants, and has provided an affidavit stating that damages have been liquidated in the amount of $272,879.25. This amount reflects all losses, costs, expenses and attorneys' fees incurred by plaintiff.

Having reviewed the pleadings and docket in this case, the Court finds that American Contractors Indemnity Company is entitled to a default judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure against the named defendants in the amount of $272,879.25, plus costs and post-judgment interest.

-1-

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Plaintiff's Motion for Default Judgment [25] is **GRANTED**. A separate judgment shall enter.

**SO ORDERED AND ADJUDGED** this the 12th day of September, 2012.

s/ Louis Guirola, Jr.
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE