IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

AMERICAN CONTRACTORS INDEMNITY GROUP        PLAINTIFF

v.        CAUSE NO. 1:10CV474 LG-RHW

THE LASALLE GROUP, INC., ET AL.        DEFENDANTS

## DEFAULT JUDGMENT

In accordance with the Order Granting Second Amended Motion for Default Judgment entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the plaintiff, American Contractors Indemnity Company, against defendants JST Properties, LLC, d/b/a Gulf Coast Construction Group, LLC, James Tjulander, Michael D. Leeks, and Gulf Coast Contractors Group, LLC, pursuant to Fed. R. Civ. P. 55(b)(2).

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff American Contractors Indemnity Company, shall recover from defendants JST Properties, LLC, d/b/a Gulf Coast Construction Group, LLC, James Tjulander, Michael D. Leeks, and Gulf Coast Contractors Group, LLC, jointly and severally, the amount of $272,879.25; costs; and post-judgment interest at the currently prescribed federal rate from the date of judgment until paid in full.

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff's claims against Defendants JST Properties, LLC, d/b/a Gulf Coast Construction Group, LLC, James Tjulander, Michael D. Leeks, and Gulf Coast Contractors Group, LLC,

are **DISMISSED with prejudice.**

**SO ORDERED AND ADJUDGED** this the 12th day of September, 2012.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE