**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**AMERICAN CONTRACTORS INDEMNITY GROUP**     **PLAINTIFF**

**v.**     **CAUSE NO. 1:10CV474 LG-RHW**

**THE LASALLE GROUP, INC., ET AL.**     **DEFENDANTS**

## AMENDED DEFAULT JUDGMENT

In accordance with the Order Granting Second Amended Motion for Default Judgment entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the plaintiff, American Contractors Indemnity Company, against defendants JST Properties, LLC, d/b/a Gulf Coast Construction Group, LLC, James Tjulander, Michael D. Leeks, and Gulf Coast Contractors Group, LLC, pursuant to Fed. R. Civ. P. 55(b)(2).

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff American Contractors Indemnity Company, shall recover from defendants JST Properties, LLC, d/b/a Gulf Coast Construction Group, LLC, James Tjulander, Michael D. Leeks, and Gulf Coast Contractors Group, LLC, jointly and severally, the amount of $272,879.25; costs; and post-judgment interest at the currently prescribed federal rate from the date of judgment until paid in full.

**SO ORDERED AND ADJUDGED** this the 13th day of September, 2012.

s\ *Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief U.S. District Judge